## Second Department, April, 1943.

### (April 5, 1943.)

Margaret Espach et al., Appellants, Julia S. Villard et al., Interveners-Appellants, et al., Plaintiffs, Suing on Their Own Behalf and for the Benefit of All Other Stockholders of Nassau & Suffolk Lighting Company Similarly Situated, v. Nassau & Suffolk Lighting Company et al., Respondents.— Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

Gilbert Haas, Respondent and Appellant, v. Maurice Wertheim et al., Appellants and Respondents. (Appeal No. 1.) Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

In the Matter of Albert A. Agor, Petitioner. Charles A. Haight, as Superintendent of Highways of the Town of Carmel, County of Putnam, Respondent. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

In the Matter of Anthony B. Manzella, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

In the Matter of Adolph Edward Quartin, admitted as Adolph E. Quartin, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Manuel Rosenblum, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

Margaret Jennings, Respondent, v. Mary Dziadik, Appellant.— Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

Joseph Kalmanash, Respondent, v. Rosser J. Smith et al., Appellants, et al., Defendants.— [No. 309.] Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

Rachel Moses, Respondent, v. Henry Scheibel, Individually and as Trustee under the Will of William Ephraim, Deceased, Appellant.— Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.